UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| LYNDA SEATON and<br>WES SEATON | )<br>)<br>) | |
| Plaintiffs, | )<br>) | No. 2:17-CV-04100-NKL |
| vs. | )<br>)<br>) | CASE BELOW: |
| MODINE MANUFACTURING COMPANY,<br>UTC AEROSPACE SYSTEMS, INC., and<br>JOHN BLATCHFORD | )<br>)<br>)<br>) | Circuit Court of Camden County, Missouri<br>Case No. 17CM-CC00093 |
| Defendants. | )<br>) | JURY DEMAND |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 7.1, Defendant Modine Manufacturing Company is a publicly held entity, trading on the New York Stock Exchange as MOD. Modine Manufacturing Company has no parent company and no publicly held company owns 10% or more of its stock.

Dated: June 8, 2017                              Respectfully submitted,

By:   /s/ Patrick N. Fanning
Patrick N. Fanning          MO #47615
Mark D. Anstoetter          MO #47638
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
T: 816.474.6550
F: 816.421.5547
pfanning@shb.com
manstoetter@shb.com

ATTORNEYS FOR DEFENDANT MODINE
MANUFACTURING COMPANY

# CERTIFICATE OF SERVICE

      Undersigned counsel hereby certifies that on this 8th day of June, 2017, counsel filed the above pleading with the Court via the CM/ECF system and served a copy via electronic mail on the following counsel of record:

Steve Garner
Chandler Gregg
Grant Rahmeyer
415 E. Chestnut Expressway
Springfield, Missouri 65802
sgarner@stronglaw.com
chandler@stronglaw.com
grahmeyer@stronglaw.com

                                           /s/ Patrick N. Fanning
                                           An Attorney for Modine Manufacturing Company

2

Case 2:17-cv-04100-NKL   Document 2   Filed 06/08/17   Page 2 of 2