IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LYNDA SEATON and <br> WES SEATON <br><br> Plaintiffs, <br><br> vs. <br><br> MODINE MANUFACTURING COMPANY, <br> UTC AEROSPACE SYSTEMS, INC., and <br> JOHN BLATCHFORD <br><br> Defendants. | ) <br> ) <br> ) <br> ) No. 2:17-CV-04100-NKL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTEREST

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 7.1, Defendant Hamilton Sundstrand Corporation ("Hamilton Sundstrand"), incorrectly named as UTC Aerospace Systems, Inc., and joined by the Defendant UTC Aerospace Systems, Inc., a non-legal entity, provide the following Corporate Disclosure Statement and Certificate of Interest:

1. United Technologies Corporation, a Delaware corporation, is publicly traded and owns 10% or more of Hamilton Sundstrand's stock.

2. No other parent, affiliate, or subsidiary of Hamilton Sundstrand has issued shares to the public.

3. Defendant UTC Aerospace Systems, Inc. is a non-legal entity, and therefore has no applicable corporate disclosures to make herein.

1

Respectfully submitted,

STINSON LEONARD STREET LLP

/s/ Jere D. Sellers
Jere D. Sellers    MO#  44505
Brett A. Shanks    MO#  67749
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Tel.: 816-842-8600
Fax: 816-412-1235
jere.sellers@stinson.com
brett.shanks@stinson.com

Attorneys for Defendant Hamilton Sundstrand Corporation (incorrectly named as "UTC Aerospace Systems, Inc.") and/or UTC Aerospace Systems, Inc.

## Certificate of Service

      I hereby certify that on June 14, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy via electronic mail on the following counsel of record:

    Steve Garner
    Chandler Gregg
    Grant Rahmeyer
    415 E. Chestnut Expressway
    Springfield, Missouri 65802
    sgarner@stronglaw.com
    chandler@stronglaw.com
    grahmeyer@stronglaw.com
    Attorneys for Plaintiffs

/s/ Jere D. Sellers
Attorney for Defendant Hamilton Sundstrand Corporation ("incorrectly named as UTC Aerospace Systems, Inc.") and/or UTC Aerospace Systems, Inc.